IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES CLARK and PAUL MOORE, ) | |
| Plaintiffs ) | |
| v. ) | No. 3:06-cv-046 |
| LOCKHEED MARTIN ENERGY ) SYSTEMS, INC., and WACKENHUT ) SERVICES, INC., ) | |
| Defendants ) | |

## AMENDED JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendants' motions for summary judgment [Court Files #7, #9, and #11 regarding plaintiff James Clark and Court Files #11, #13 and #15 regarding plaintiff Paul Moore]. The Honorable Thomas W. Phillips, United States District Judge, having rendered a memorandum opinion granting defendants' motions,

It is ORDERED and ADJUDGED that defendants' motions for summary judgment [Court Files #7, #9, and #11 regarding plaintiff James Clark and Court Files #11, #13, and #15 regarding plaintiff Paul Moore] are GRANTED, whereby plaintiffs' complaint is DISMISSED on the merits, with the costs of this action taxed to the plaintiffs.

DATED at Knoxville, Tennessee, this ___ day of July, 2007.

                                                  *s/ Patricia L. McNutt*
                                                  CLERK OF COURT